# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **KPL & Karl Randolph Lentz,** | } | |
| **Plaintiffs,** | } | |
| v. | } | Case No.: **2:07-CV-0075-RDP** |
| **ALABAMA STATE BOARD OF HUMAN RESOURCES, et al.,** | } | |
| **Defendants.** | } | |

### ORDER

Plaintiff has submitted an application to proceed *in forma pauperis*. The court finds that Plaintiff has sufficient funds to pay the filing fee and the application to proceed *in forma pauperis* (Doc. # 3) is hereby **DENIED**. Plaintiff is **ORDERED** to pay the filing fee **within 30 days** from the entry of this order. Failure to pay the filing fee within the 30-day period will result in this case being dismissed without prejudice.

**DONE** and **ORDERED** this ___16th___ day of January, 2007.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE