CV 07-75 RDP

FILED
2007 Feb-13 PM 03:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
2007 FEB 13 PM 3:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

**IN FORMA PAUPERIS AFFIDAVIT**

Declaring that the information I have given below is true and correct, I apply to this court for:

( ✓ )   authority to commence an action without prepayment of fees, costs or security.

I. **PERSONAL AND FINANCIAL DATA**

A.   Your full name and present mailing address:
KARL RUDOLPH LENTZ
710 AUGUSTA FARMS RD.
WAYNESBORO, VA 22980

Telephone (if any): cell (678)-665-0593 - home (540) 337-4587

B.   Are you presently employed?   Yes ✓    No ___

If the answer is "yes," give the name and address of your employer and the amount of your usual weekly salary or wages.
Tb Consulting inc (SATELITE DISH INSTALLATION COMPANY)
MONROE, LA (318) 343-8763

Weekly earning: $ 600 Total gross | I am a sub contractor after hotel/gas/Truck supplies = 200-250 a week

If you are not presently employed, give name and address of your last employer, when you last worked, and the amount of weekly salary or wages you were receiving.

Date last worked: _____

Weekly earnings: _____

Approximately how much money have you received in the past twelve months:
as wages, salary, commissions, or earned income of any kind? $ 29,000 gross as a subcontractor. After just
as interest, dividends, rents, or investment income of any kind? $ 0 working expenses such as gas/Hotel/supplies/Truck maintance ooh about
I take home about $9,000 $11,000

      as gifts or inheritance? $ ∅

      from social security, unemployment compensation, or any form of state or federal welfare payments or benefits? $ ∅

      from pensions, annuities, workmen's compensation, disability or other insurance policies $ ∅

      from all other sources? $ ∅

C.    How much money do you own or have in any checking or savings accounts?

      $ 200

D.    Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)? $ ? ∅

If the answer is "yes," describe the property and state its approximate value:

    1965 Chevy/GMC Truck → worth ? → 2,000 / Bought 20 years ago
    1969 Chevy Sedan/Coupe → worth ? → 1,000 / Bought 30 years ago
    1997 chrysler sebring → Bought Nov 8th 2006 for $1,268

E.    How much money do you owe to others? $ ∅

    As to each debt of over $100.00, state the name of the creditor and the approximate amount owed:

F.    List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support. ∅

G.    Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed?  Yes _____  No ✓

      If the answer is "yes," give the following information for each such person:

As of right now, I am filing "Pro Se". I know Judges must not like to deal with "pro se". I am in contact with a parental Rights advocacy group. So hopefully they can find someone for me on a contigency fee. or you can court appoint (me, my family) an attorney, you Trust

Name:_____
Relationship:_____
Employer:_____
Weekly earnings:$_____

If you call my cell phone and it doesnt work, I'll have my phone bill paid by Thursday/Friday

Name:_____
Relationship:_____
Employer:_____
Weekly earnings:$_____

H.   Any other information which you believe supports your claim that you cannot financially afford to employ an attorney or to make payment of court fees, costs, or security.

I live in The Shenondoha Valley in Virginia Since 2002, I have been living in motels, close to the State of AL. so I can be close to visit my children (which they did not let my wife or I, visit for 2 years even though we have never been charged with or "Alleged" to have hurt any child ever). So I have been installing Satellite Dish Down here, so I take work when I can where

III.   **ATTESTATION AND SIGNATURE**

Under penalty of perjury, I declare that the information given on the preceding pages is true and correct.

Dated: 2/13/2007

SIGNATURE

WITNESS:

I can and have to be able to stop working to pursue this case

I can get you a copy of how my company breaks down my gross down to what They acutally pay me if you would like. For 3 years, I worked and lived in Atlanta, GA. Because a nice man a Federal Prosecuting Attorney (a. Mr. Calohan) across the street from your court told me to get to Atlanta, to seek Help, because you will find no attorney in the State of Alabama that will help you fight their own State;" so this has been an expens a finacially as well as emotion hardship. Thank you and God bless. Karl Lentz