FILED
2007 Feb-22 PM 03:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KPL & Karl Randolph Lentz,** | } | |
| | } | |
| **Plaintiffs,** | } | |
| | } | |
| **v.** | } | **Case No.: 2:07-CV-0075-RDP** |
| | } | |
| **ALABAMA STATE BOARD OF HUMAN RESOURCES, et al.,** | } | |
| | } | |
| **Defendants.** | } | |

**ORDER**

Plaintiff has submitted a second application to proceed *in forma pauperis*.[1] (Doc. # 5). Again, the court finds that Plaintiff has sufficient funds to pay the filing fee,[2] and the application to proceed *in forma pauperis* (Doc. # 5) is hereby **DENIED**. Plaintiff is **ORDERED** to pay the filing fee **within 15 days** from the entry of this order. Failure to pay the filing fee within the 15-day period will result in this case being dismissed without prejudice.

**DONE** and **ORDERED** this 22nd day of February, 2007.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

---

[1]The court notes that after Plaintiff Karl Randolph Lentz appeared at the court to contest the denial of his first application to proceed *in forma pauperis* (Doc. # 3; Doc. # 4), the court's law clerk tried on several occasions to reach Plaintiff by phone, at the numbers provided by him, to obtain more information about the application. Specifically, after Plaintiff preemptively terminated (i.e., "hung up" during) two phone calls from the court's staff, the court left a message and has not, to this date, received a return phone call. Two things need to be said here. First, although as noted above the court attempted to secure additional information from Plaintiff, the court does not believe that it is necessary to an informed disposition of Plaintiff's application to have that additional information. Second, and in any event, Plaintiff is **DIRECTED** in the future to cooperate with the court's staff when called upon to do so.

[2]Even assuming all of the lowest figures alleged by Plaintiff as true, the court calculates that Plaintiff has $10,400 annual *disposable* income ($200/week), which is the sum remaining *after* all expenses (food, gas, shelter, etc.) are taken into account. This amount is well-above the level appropriate for proceeding *in forma pauperis*.